372 A.2d 437

Link, Appellant, v. Kauffman et al.

Argued December 6, 1976. J. Richard Gray, with him Daniel H. Shertzer and Steven S. Raab, for appellant; No appearance entered nor brief submitted for appellee, Larry L. Kauffman; Jacques H. Geisenberger, Jr., with him Geisenberger, Zimmerman, Pfannebecker & Gibbel, for appellee, Brenda L. Kauffman.

Order and judgment affirmed.

372 A.2d 438

Major Ambulance Service, Inc., Appellant, v.

Castelli et al.

Argued December 10, 1976. Paul Mark Perlstein, for appellant; Alan R. Kutner, with him Korn, Kline & Kutner, for appellees.

Order affirmed.

HOFFMAN and SPAETH, JJ., absent.